IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON J. ANDERSON                                                            PLAINTIFF

CASE NO. 3:17-CV-125-BSM/BD

DULL, et al.                                                                            DEFENDANTS

## RECOMMENDED DISPOSITION

**I.** **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.** **Discussion**

Brandon Anderson, an inmate at the Poinsett County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his complaint, Mr. Anderson failed to provide sufficient facts to state a federal claim for relief. Rather than recommending dismissal, however, the Court ordered him to file an amended complaint within thirty days of May 17, 2017. (#4) The Court specifically cautioned Mr. Anderson that his claims could be dismissed, without prejudice, if he failed

to comply with the Court's order. As of this date, Mr. Anderson has not filed an amended complaint, as ordered, and the time to do so has expired.

### III. Conclusion

The Court recommends that Mr. Anderson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 17, 2017 Order and his failure to prosecute this lawsuit.

DATED this 21st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE