IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRANDON J. ANDERSON**                                **PLAINTIFF**

v.                 **CASE NO. 3:17-CV-00125 BSM**

**DULL, et al.**                                                      **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Brandon Anderson's complaint [Doc. No. 2] is dismissed without prejudice for the failure to prosecute. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). An appeal from this order would not be in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE